on the part of the surrogate to decline to follow the doctrine of Marx v. McGlynn, 88 N. Y. 357, to distinguish or to modify the same, as in the statement of the legal principles there seems a complete recognition of the rules of that case. The law, therefore, is exactly as stated previously, and the sole question is one of fact as to whether the proponent has successfully borne the burden of rebutting the presumption of undue influence. The effect of the evidence having been heretofore discussed, there is no necessity for repeating the same.

THYSON, Appellant, v. THYSON et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Emily F. Thyson against Frederick C. Thyson and others. P. Cook, for appellant. P. S. Dean, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THYSON v. THYSON. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Emily F. Thyson against Frederick C. Thyson. No opinion. Motion denied, with $10 costs. Order filed.

In re TIFFANY'S ESTATE. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Charles L. Tiffany's estate. W. H. Page, Jr., for appellant Burnett Y. Tiffany. C. W. Gould, for respondents Louis C. Tiffany and others. No opinion. Decree affirmed, with costs. Order filed.

In re TITLE GUARANTY & TRUST CO. et al. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) In the matter of the judicial settlement of the account of proceedings of the Title Guaranty & Trust Company and others, as executors, etc. No opinion. Motion to resettle order granted.

TIVNAN, Respondent, v. KEAHON, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Patrick Tivnan against Patrick H. Keahon. F. E. Fishel, for appellant. J. E. O'Brien, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TIVNAN v. KEAHON. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Patrick Tivnan against Virginia Keahon, as administratrix. No opinion. Motion denied on payment of $10 costs. Order filed.

TODD, Appellant, v. MUNICIPAL TELEGRAPH & STOCK CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by Luzerne A. Todd against the Municipal Telegraph & Stock Company.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., and KRUSE, J., dissent, upon the ground that the course of dealing between the parties conclusively establishes that they were engaged in gambling transactions.

TORGESON v. SCHULTZ. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Done Torgeson against Carl H. Schultz. No opinion. Motion granted. Order filed.

TRAIN, Respondent, v. GULAGER, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Eliza W. Train against George F. T. Gulager, impleaded. R. A. Irving, for appellant. Mr. Gaillard, for respondent. No opinion. Judgment affirmed, with costs.

In re TRINITY AVE. (Supreme Court, Appellate Division, First Department. June 20, 1906.) In the matter of Trinity Avenue. No opinion. Motion denied, on payment of $10 costs; leave given as stated in order. Order filed.

In re TRINITY AVE. (Supreme Court, Appellate Division, First Department. October 12, 1906.) In the matter of Trinity Avenue. No opinion. Motion granted, unless appellant comply with conditions stated in order. Order filed.

TRUST CO. OF NEW YORK. v. UNIVERSAL TALKING MACH. CO. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by the Trust Company of New York against the Universal Talking Machine Company. F. Cochran, for appellant. G. Lange, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TUCKER, Appellant, v. DUDLEY, Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Edwin H. Tucker against Eugene B. Dudley. No opinion. Motion denied.

TURNBULL, Respondent, v. PRESIDENT, ETC., OF VILLAGE OF OSSINING. Appellants. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Mabel Turnbull against the president and trustees of the village of Ossining. No opinion. Judgment and order of the County Court of Westchester County unanimously affirmed, with costs.

UNITED STATES CASUALTY CO., Appellant, v. SHERIDAN, Respondent. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Appeal from Special Term, New York County. Action by the United States Casualty Company against Theresa A. S. Sheridan. From an order denying a motion for inspection of books and papers, plaintiff appeals. Reversed, and motion granted. Carl Schurz Petrasch, for appellant. Raphael Link, for respondent.

PER CURIAM. The plaintiff appeals from an order denying a motion for the inspection of certain of defendant's books and papers for the purpose of enabling the plaintiff to frame its complaint. The facts are similar to those presented in Fidelity & Casualty Co. v. Seagrist, 79 App. Div. 614, 80 N. Y. Supp. 277, and